

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-22-00658-CV

Michael R. **VOORHIES** and Norelle Voorhies,
Appellants

v.

**TOWN OF HOLLYWOOD PARK, TEXAS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-02380
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On October 18, 2022, the trial court reporter Delcine M. Benavides filed a notification of late record, notifying this court that the reporter's record was not filed when it was originally due because appellants have not provided the reporter a designation of record and because appellants have failed to pay or make arrangements to pay the reporter's fee for preparing the record.

It is therefore **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that appellants have requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). It is further **ORDERED** that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

It is further **ORDERED** that the reporter's record must be filed no later than thirty (30) days after the date appellants' written proofs are filed with this court. If appellants fail to respond within the time provided, appellants' brief will be due within thirty (30) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

_____

Rebeca C. Martinez, Chief Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____

Michael A. Cruz,
Clerk of Court